# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| PENNY L. MCCOWN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 04-0605-CV-W-FJG-SSA |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner, Social Security | ) |
| Administration | ) |
| | ) |
| Defendant. | ) |

# ORDER

Currently pending before the Court is plaintiff's Application for Attorney Fees Pursuant to The Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. # 17). Plaintiff has requested reimbursement in the amount of $ 3,529.62 for attorney fees which represents 22.50 hours at the rate of $156.87 per hour. Defendant states that it has no objection to an award of fees in this amount.

Accordingly, it is hereby **ORDERED** that plaintiff's application for attorney fees is **GRANTED** and counsel shall be awarded payment of $ 3,529.62 in attorney fees.


Date: October 18, 2005　　　　　　　　　　**S/ FERNANDO J. GAITAN JR.**
Kansas City, Missouri　　　　　　　　　　　Fernando J. Gaitan Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge